# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ACKLEY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 11-1945-JEM <br><br> **JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: June 26, 2012

                                                                */s/ John E. McDermott* <br>
                                                                  JOHN E. MCDERMOTT <br>
                                        UNITED STATES MAGISTRATE JUDGE